<!DOCTYPE NYOOpinion SYSTEM "NYOOpinion.dtd">
<NYOOpinion>
<MetadataBlock>
<MDCiteTitle>People v Lighten<MDCite>???</MDCite></MDCiteTitle>
<MDTOCTitle>People v Lighten (Alan)<MDCite>???</MDCite></MDTOCTitle>
<MDTOCTitle>Lighten (Alan), People v<MDCite>???</MDCite></MDTOCTitle>
<MDSlipOpNo>2020 NYSlipOp 05441</MDSlipOpNo>
<MDIndexTitle>People v Lighten<MDCite>???</MDCite></MDIndexTitle>
<MDShortTitle>People v Lighten (Alan)</MDShortTitle>
<MDWestRef2>[\M\N NYS3d \M\N]</MDWestRef2>
</MetadataBlock>
<Pg n="1" />
<PartyBlock>
<Party>The People of the State of New York, Respondent Appellant, v Alan Lighten, Respondent Appellant.</Party>
</PartyBlock>

KA 19-00320. -- THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, V ALAN LIGHTEN, DEFENDANT-APPELLANT. Motion to dismiss granted. Memorandum: The matter is remitted to Supreme Court, Erie County, to vacate the judgment of conviction and dismiss the indictment (see People v Matteson, 75 NY2d 745 [1989]). PRESENT: WHALEN, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ. (Filed Oct. 2, 2020.)